UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22995-KMW

FRANCISCO JAVIER HERNANDEZ )
MESA, and all others similarly situated under )
29 U.S.C. 216(b), )
)
Plaintiff, )
)
vs. )
)
LUIS GARCIA LAND SERVICE, CO.; LUIS )
E. GARCIA )
)
Defendants. )
_____ )

STATEMENT OF CLAIMS

Plaintiff, Francisco Javier Hernandez Mesa, by and through his undersigned counsel and hereby files his Statement of Claims, as follows:

**A.    Overtime Claim**

1.  Period of Claim:                             October 1, 2011 through October 1, 2014

2.  Number of weeks:                         156

3.  Regular hourly rate:                       $6.88

4.  Total hours worked per week on average:   96 hours per week

5.  Approximate hours worked over 40 per week: 56

6.  Applicable Federal Minimum wage:   $7.25 per hour

7.  Applicable half time rate:                $3.44

8.  Difference owed to plaintiff:           3.81/hr

9.  Calculation of overtime wages owed:    3.81/hr x 56hrs/wk x 156 weeks=$33,284.16

10. Double Damages:                         $33,284.16 multiplied by 2 = **$66, 568.32**

1 | P a g e

**B.      Federal Minimum Wage Claim**

1.   Period of Claim:                              October 1, 2011 through October 1, 2014

2.   Number of weeks:                          156

3.   Regular pay rate:                           $6.88

4.   Total hours worked:                       96 hours per week

5.   Hours claimed for minimum wage:   40 per week

6.   Applicable Federal Minimum wage:  $7.25 per hour

7.   Difference owed:                            $7.25 – 6.88 = $.37

8.   Calculation of minimum wage owed: $.37/hr x 40 hrs/wk x 156 wks =$2,308.80.

9.   Double Damages:                          $2,308.80 x 2 =**$4,617.60.**


**C.      Florida Minimum Wage Claim (Alternative Claim)**[1]


**Period Claimed: 8/10/10-5/31/11**
        Weeks: **42** weeks
        Hours (worked per week:)  96 hours
        Minimum wage: $7.25/hr. (Default to the Federal Minimum Wage)
        Wage paid: $6.88/hr
        Wage owed: $0.37/hr
        Amount owed: $0.37/hr X 42 weeks X 96 hours = **$ 1,491.84**

**Period Claimed: 6/1/11-12/31/11**
        Weeks: **30** weeks
        Hours (worked per week:)  96 hours
        Minimum wage: $7.31/hr.
        Wage paid: $6.88./hr
        Wage owed: $0.43/hr
        Amount owed: $0.43/hr X 30 weeks X 96 hours = **$ 1,238.40**

**Period Claimed: 1/1/12-12/31/12**
        Weeks: **52** weeks
        Hours (worked per week:)  96 hours
        Minimum wage: $7.67/hr.

---

[1] Plaintiff reserves the right to amend its complaint to add a third count for Florida Minimum Wage Violations

Wage paid: $6.88./hr
Wage owed: $0.79/hr
Amount owed: $0.79/hr X 52 weeks X 96 hours = **$ 3,943.68**

**Period Claimed: 1/1/13-12/31/13**
Weeks: **52** weeks
Hours (worked per week:)  96 hours
Minimum wage: $7.79/hr.
Wage paid: $6.88/hr
Wage owed: $0.91/hr
Amount owed: $0.91/hr X 52 weeks X 96 hours = **$ 4,542.72**

**Period Claimed: 1/1/14-12/31/14**
Weeks: **52** weeks
Hours (worked per week:)  96 hours
Minimum wage: $7.93/hr.
Wage paid: $6.88/hr
Wage owed: $1.05/hr
Amount owed: $1.05/hr X 52 weeks X 96 hours = **$ 5,241.60**

**Period Claimed: 1/1/15-8/10/15**
Weeks: **31** weeks
Hours (worked per week:)  96 hours
Minimum wage: $8.05/hr.
Wage paid: $6.88/hr
Wage owed: $1.17/hr
Amount owed: $1.17/hr X 31 weeks X 96 hours = **$ 3,481.92**

**Florida Minimum Wage Total**: $5,976.00 multiplied x 2 = **$19,940.16**

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

By:__/s/ Steven C. Fraser_____
     Steven C. Fraser, Esq.
     Florida Bar Number: 625825

4 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Appearance was sent via CM/ECF to on this 13th day of August, 2015. As of August 14th, 2015 no attorney has made an appearance for Defendants.

By: __/s/Steven C. Fraser_____
Steven C. Fraser, Esq.
Florida Bar Number: 625825