UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22995-KMW

FRANCISCO JAVIER HERNANDEZ MESA, and all others similarly stated under 29 U.S.C. §216(b),

    Plaintiff,

v.

LUIS GARCIA LAND SERVICE, CO.,
LUIS E GARCIA,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT AND DEMAND FOR JURY TRIAL

Defendants, LUIS GARCIA LAND SERVICE, CO. and LUIS E GARCIA, by and through their undersigned counsel, hereby file their Answer and Affirmative Defenses to Plaintiffs' Complaint as follows:

1. Admitted that the Complaint alleges a cause of action under the Fair Labor Standards Act 29 U.S.C. §§201-216.

2. Defendants are without knowledge as to the truthfulness or accuracy of the allegation contained in this Paragraph, but presume it to be true, for jurisdiction and venue purposes only.

3. Admitted that LUIS GARCIA LAND SERVICE, CO. is a corporation that regularly transacts business within Miami-Dade County. Admitted that the Defendant Corporation "was the FLSA employer" of the Plaintiff.

4. Admitted that LUIS E GARCIA is a corporate officer and/or owner of LUIS GARCIA LAND SERVICE, CO. All other allegations in this paragraph are denied.

5. Denied that any acts or omissions capable of giving rise to an FLSA dispute took place.

## COUNT I. FEDERAL O WAGE VIOLATION

6. Admitted that the Complaint alleges a violation of a United States statute. Admitted that the Complaint attempts to allege a cause of action for collective action under 29 U.S.C. §216(b). All other allegations or assertions in this paragraph are denied.

7. Admitted.

8. This Paragraph does not contain a factual allegation to which a response is required. The referenced statute speaks for itself.

9. Admitted.

10. The Fair Labor Standrads Act does not "apply" to business activities; it applies to businesses and/or individuals. Therefore, that allegation is denied. Denied that Plaintiff's work and/or Defendant's business affected interstate commerce. Denied that Plaintiff was covered, individually, by the FLSA. Admitted that Plaintiff handled goods and/or materials that originated outside the State of Florida.

11. Admitted.

12. Admitted.

13. Admitted.

14. Denied.

15. Denied.

## COUNT II. FEDERAL MINIMUM WAGE VIOLATION

Defendants' adopt and restate their responses to paragraphs 1-15, above, as if fully stated herein.

16. This Paragraph does not contain a factual allegation to which a response is required. The referenced statute speaks for itself.

17. Denied.

18. Denied.

19. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff fails to state a claim for liquidated damages because the allegations do not rise to the requisite standard required for liquidated damages under the FLSA. Defendants' actions were in good faith and they had reasonable grounds for believing that they were in compliance with the FLSA.

### Second Affirmative Defense

Plaintiff's damages, if any, are limited by the relevant statute of limitations of two years.

### Third Affirmative Defense

Plaintiff is not entitled to damages for hours not actually worked during any workweek.

### Fourth Affirmative Defense

Plaintiff's claims are barred to the extent that he did not work more than forty (40) hours in any workweek.

### Fifth Affirmative Defense

Plaintiff has not met all of the requirements to bring a collective action under the FLSA. Specifically, Plaintiff has not identified any other individual who is similarly situated and may be interested in opting-in.

### Sixth Affirmative Defense

Plaintiff's claims are barred by the provisions of Section 4 of the Portal-to-Portal Act, 29 U.S.C. §254, as to all hours during which he engaged in certain activities that were preliminary or postliminary to his principal activities.

### Seventh Affirmative Defense

Plaintiff's claims are barred to the extent any overtime work done by Plaintiff is *de minimis*. See, *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 692 (1946); *Lewis v. Keiser Sch., Inc.*, 2012 U.S. Dist. LEXIS 147150, 2012 WL 4854724, 6 (S.D. Fla. Oct. 12, 2012).

### Eighth Affirmative Defense

To the extent the entity Defendant is found not to be liable, the individual Defendant, LUIS E GARCIA, is also not liable for any violations of the FLSA because any claim against him would only be a derivative of the claim against the entity Defendant. See, e.g., *Casseus v. First Eagle, LLC*, 2008 U.S. Dist. LEXIS 32249 (S.D. Fla. April 16, 2008).

### RESERVATION OF AFFIRMATIVE DEFENSES

Defendants reserve the right to allege any further affirmative defenses as discovery proceeds.

WHEREFORE, Defendants, having fully answered the Complaint and having raised legal defenses thereto, request judgment in their favor in its entirety and that the Defendants be awarded costs, and reasonable attorneys' fees as may be allowed under 29 U.S.C. §§201-216, 28 U.S.C. §1927, and under the federal rules of civil procedure.

### JURY DEMAND

Defendants hereby request trial by jury on all issues so triable.

Respectfully submitted, this 2nd day of August, 2015.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:  adi@lubellrosen.com
>
> By: *s/Adi Amit*
>     Adi Amit, Esquire
>     Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2015, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> By:    /s *Adi Amit*
>     Adi Amit, Esquire
>     Florida Bar No: 35257

## SERVICE LIST

*Mesa v. Luis Garcia Land Service, Co., et al.*
S.D. Fla. Case No. 1:15-cv-22995-KMW

| | |
|---|---|
| Steven C. Fraser, Esq. | Adi Amit, Esquire |
| Jamie H. Zidell, Esq. | LUBELL & ROSEN, LLC |
| J.H. Zidell, P.A. | 200 S. Andrews Avenue |
| 300 71st Street | Suite 900 |
| Suite 605 | Fort Lauderdale, Florida 33301 |
| Miami Beach, FL 33141 | adi@lubellrosen.com |
| steven.fraser.esq@gmail.com | *Counsel for Defendants* |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiff* | |

5