**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 15-22945-CIV-WILLIAMS**

FRANCISCO JAVIER
HERNANDEZ MESA,

      Plaintiff,

vs.

LUIS GARCIA LAND SERV. CO., *et al.*,

      Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On October 5, 2015, the Court entered the scheduling order that required the Parties to select a mediator and file a notice scheduling mediation within thirty (30) days of the order. (DE 14).  The Parties failed to do so.  Accordingly, the Parties shall show cause by **January 22, 2016** as to this case should not be dismissed or sanctions imposed for failing to comply with the Court's Order.

    **DONE AND ORDERED** in chambers in Miami, Florida, this ____ day of January, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE