UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CIV-22995-WILLIAMS/SIMONTON

FRANCISCO JAVIER HERNANDEZ MESA,
and all others similarly situated under 29 U.S.C. 216 (b),

    Plaintiff,

v.

LUIS GARCIA LAND SERVICE, CO.,
LUIS E. GARCIA,

    Defendants.
_____/

**MEDIATOR'S REPORT**

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was to be held on the 1st day of March, 2016 commencing at 10:00 a.m. at 515 E. Las Olas Blvd., Suite 120, Fort Lauderdale, Florida 33301.

Plaintiff and his attorney appeared at the designated time for the mediation at the Mediator's Miami office. The Defendants and their attorney appeared at the designated time at the Mediator's Las Olas/ Broward County office.

As a result of the logistics problem, the mediation was ADJOURNED and will be rescheduled by the parties.

Dated this 1st day of March, 2016

Respectfully Submitted,

**Neil Flaxman, Esq.**
Florida Supreme Court Certified Circuit &
Appellate Mediator
Certified District Court Mediator (S.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786- Fax: 305-810-2824
E-mail: flaxy@bellsouth.net

By: *s/ Neil Flaxman*
 Neil Flaxman, Esq.
 Fla. Bar No. 025299