UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-22995-KMW

FRANCISCO JAVIER HERNANDEZ MESA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
  )
        Plaintiff, )
vs. )
  )
LUIS GARCIA LAND SERVICE, CO., )
LUIS E GARCIA, )
  )
        Defendants. )
_____ )

## RE-NOTICE OF MEDIATION

The Mediation Conference in this matter shall be held with Neil Flaxman, Esq., on April 28, 2016 at 10:00 a.m., at 515 East Las Olas Blvd., Suite 120, Fort Lauderdale, FL 33301. The Parties are reminded that a report of their mediation must be filed within seven (7) days thereafter. All Parties and the mediator have confirmed availability and agreed to the date herein.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Rivkah F. Jaff, Esq. ___
       Rivkah F. Jaff, Esquire
       Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 4/5/16 TO:**

**ADI AMIT, ESQ.**
**LUBELL & ROSEN, LLC**
**200 S. ANDREWS AVENUE, SUITE 900**
**FORT LAUDERDALE, FL 33301**
**PH: 954-755-3425**
**FAX: 954-755-2993**
**EMAIL: ADI@LUBELLROSEN.COM**

BY:__/s/____Rivkah F. Jaff_____
      **RIVKAH F. JAFF, ESQ.**