UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-22995-KMW

FRANCISCO JAVIER HERNANDEZ MESA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
             )
   Plaintiff, )
vs. )
             )
LUIS GARCIA LAND SERVICE, CO., )
LUIS E GARCIA, )
             )
   Defendants. )
_____ )

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY**

  Plaintiff, by and through the undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Conduct Discovery, and states the following in support thereof:

  1. On March 1, 2016, Plaintiff served written discovery requests on the Defendants making their responses due on March 31, 2016.

  2. On March 29, 2016, Defendants requested an extension of time to respond to Plaintiff's discovery requests until April 8th, 2016.

  3. On March 29, 2016, Plaintiff agreed to an extension of time for Defendants to respond to Plaintiff's discovery requests until April 8, 2016.

  4. On April 8, 2016, the date discovery was due, Defendants filed a Motion for Extension of Time to Complete Discovery. [DE 39].

  5. On April 12, 2016, this Court entered an Order granting Defendants' Motion for Extension of Time to Complete Discovery. [DE 41].

  6. The deadline to complete discovery in this case is on April 24, 2016. [DE 14].

7. Since Defendants have been given two (2) extensions to serve their discovery responses, Plaintiff does not have enough time before the discovery deadline to conduct follow-up discovery.

8. An extension of discovery would not affect any of the other deadlines in this matter.

9. Plaintiff respectfully requests this Court to extend the discovery deadline by sixty by (60) days, or in the alternative, by thirty (30) days.

## MEMORANDUM OF LAW

Courts maintain great discretion to regulate discovery. Patterson v. U.S. Postal Serv., 901 F.2d 927, 929 (11th Cir. 1990). In exercising this discretion, courts may, for good cause, extend the time for when an act must be done within a specific time if the request is made before the original time for its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

Although the Court takes into consideration whether the request will impact the trial calendar and the reasons, the Court has discretion to grant enlargements, *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). Scheduling orders "control the subsequent course of the action unless modified by a subsequent order," Fed.R.Civ.P. 16(e), and may be modified only "upon a showing of good cause." Fed.R.Civ.P. 16(b).

Plaintiff agreed to an extension of time for Defendants to respond to Plaintiff's discovery and this Court granted Defendant's Motion for Enlargement of Time to answer Plaintiff's written discovery. Since Defendants have been given two (2) extensions to serve their discovery responses, Plaintiff does not have enough time before the discovery deadline. Plaintiff needs additional time to conduct follow-up discovery and to take the depositions of multiple witnesses. An extension of discovery would not affect any of the other deadlines in this matter.

WHEREFORE, Plaintiff respectfully requests this Court to extend the discovery deadline by (60) days, or in the alternative, by thirty (30) days.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Allyson Kutner Morgado
Allyson Kutner Morgado, Esq.
Amorgado.jhzidell@gmail.com
Florida Bar Number: 91506

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 14, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Allyson Kutner Morgado
Allyson Kutner Morgado, Esq.
Amorgado.jhzidell@gmail.com
Florida Bar Number: 91506

## SERVICE LIST

**Adi Amit**
Lubell & Rosen, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301
954-880-9500
Fax: 954-755-2993
Email: adi@lubellrosen.com

**Natalie S. Pappas**
Lubell Rosen
900 S Andrews Ave
Ste. 900
Fort Lauderdale, FL 33301
954-880-9500
Fax: 954-755-2993
Email: nataliepappas@gmail.com