UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-22995-KMW

FRANCISCO JAVIER HERNANDEZ MESA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
 )
         Plaintiff, )
  vs. )
 )
LUIS GARCIA LAND SERVICE, CO., )
LUIS E GARCIA, )
 )
         Defendants. )
_____ )

## NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ANDREA M. SIMONTON

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ANDREA M. SIMONTON, at the **James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Room 1067, Miami, FL 33132, on May 4, 2016 at 10:00 a.m.**

Specifically, Plaintiff is requesting the Court address issues with respect to non-parties' failure to appear for depositions. Plaintiff served subpoenas on six (6) individuals with knowledge and information relevant to this matter and none of them appeared on April 21, 2016 as scheduled. Plaintiff is seeking the Court's assistance in compelling the non-parties to appear for depositions.

## CERTIFICATE OF CONFERRAL

The undersigned has made reasonable efforts to confer with Defense Counsel by email and telephone and non-parties by requesting their contact information from Defense Counsel but has been unable to do so.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By: /s/ Allyson Morgado
            Allyson Morgado, Esquire
            Florida Bar No.: 91506

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 4/26/2016 TO:**

**Adi Amit**
Lubell & Rosen, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301
954-880-9500
Fax: 954-755-2993
Email: adi@lubellrosen.com

**Natalie S. Pappas**
Lubell Rosen
900 S Andrews Ave
Ste. 900
Fort Lauderdale, FL 33301
954-880-9500
Fax: 954-755-2993
Email: nataliepappas@gmail.com

Please Govern Yourself Accordingly.

      In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the court ADA coordinator no later than seven days prior to the proceeding. Telephone (305) 375- 2006 for assistance; if hearing impaired, telephone Court TDD Number at (305) 375-2007 for assistance.