UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CIV-22995-WILLIAMS/SIMONTON

FRANCISCO JAVIER HERNANDEZ MESA,
and all others similarly situated under 29 U.S.C. 216 (b),

    Plaintiff,

v.

LUIS GARCIA LAND SERVICE, CO.,
LUIS E. GARCIA,

    Defendants.

_____/

**MEDIATOR'S REPORT**

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was to be held on the 28th day of April, 2016 commencing at 10:00 a.m. Defendants' counsel requested the mediation to be canceled and rescheduled for a later date.

Dated this 28th day of April, 2016

                        Respectfully Submitted,

                        **Neil Flaxman, Esq.**
                        Florida Supreme Court Certified Circuit &
                        Appellate Mediator
                        Certified District Court Mediator (S.D. Fla.)
                        Brickell City Tower, Suite 3100
                        80 Southwest 8th Street
                        Miami, Florida 33130
                        Tel: 305-810-2786- Fax: 305-810-2824
                        E-mail: flaxy@bellsouth.net

             By:    *s/ Neil Flaxman*
                      Neil Flaxman, Esq.
                      Fla. Bar No. 025299