UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-22945-CIV-WILLIAMS

FRANCISCO JAVIER
HERNANDEZ MESA,

    Plaintiff,

vs.

LUIS GARCIA LAND SERV. CO., *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On October 10, 2015, this Court entered a scheduling order requiring the Parties to file a notice scheduling mediation within thirty days. (DE 14). On January 12, 2016, the Court entered an order to show cause on a *sua sponte* review of the record against the Parties for their failure to comply with Court order because they never filed the joint notice. (DE 21). The Parties responded by filing a notice scheduling a mediation with Neil Flaxman on March 1, 2016 at 10:00 a.m. (DE 27) and the Court entered an order scheduling the mediation on January 20, 2016. (DE 29). The order specifically stated: "**This date shall not be rescheduled without leave of the Court**." (*Id.* (emphasis added)). Nonetheless, the Parties have now adjourned the Court-ordered mediation twice without leave of the Court in violation of this Court's order – first on March 1, 2016 (DE 32), and now on April 28, 2016. (DE 45). Due to the Parties' consistent disregard for this Court's orders, the Court must issue a second order to show cause against them, which will be taken into account in any motion for or settlement involving

attorneys' fees.  Accordingly, the Parties shall show cause by **May 9, 2016** as to why this case should not be dismissed or sanctions imposed for failing to comply with the Court's orders.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of May, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE