UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-22995-KMW

FRANCISCO JAVIER HERNANDEZ MESA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
                                                      Plaintiff, )
     vs. )
)
LUIS GARCIA LAND SERVICE, CO., )
LUIS E GARCIA, )
)
                                            Defendants. )
_____ )

**NOTICE OF CONTEMPT HEARING AND ORDER TO SHOW CAUSE BEFORE THE HONORABLE MAGISTRATE JUDGE ANDREA M. SIMONTON**

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ANDREA M. SIMONTON, at the **James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Room 1067, Miami, FL 33132, on June 3, 2016 at 10:00 a.m.**

Specifically, Plaintiff is requesting the Court to address non-parties' failure to appear for depositions. Plaintiff served subpoenas on Kety Garcia, Denice Garcia, Denia Garcia and Luis Martinez and none of them appeared for their depositions on April 21, 2016 as scheduled. Plaintiff has re-scheduled the depositions to occur on May 23, 2016. If the aforementioned individuals do not appear for depositions on or before June 1, 2016, the Court will hold a hearing on June 3, 2016 at 10:00 a.m. at the above location to address their nonappearance. If the parties do appear for depositions, Plaintiff will file a notice of cancellation of this hearing.

**Please be advised that failure to appear at the depositions or this hearing may result in a finding of contempt and the issuance of an arrest warrant.**

Please Govern Yourself Accordingly.

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the court ADA coordinator no later than seven days prior to the proceeding. Telephone (305) 375- 2006 for assistance; if hearing impaired, telephone Court TDD Number at (305) 375-2007 for assistance.

### CERTIFICATE OF CONFERRAL

The undersigned has made reasonable efforts to confer with non-parties by attempting to contact them by telephone but has been unable to do so.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By: /s/ Allyson Morgado
    Allyson Morgado, Esquire
    Florida Bar No.: 91506

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SERVED VIA EMAIL AND U.S. MAIL ON 5/11/2016 TO:**

**Adi Amit**
Lubell & Rosen, LLC
200 S. Andrews Avenue, Suite 900
Fort Lauderdale, FL 33301
Email: adi@lubellrosen.com

**Natalie S. Pappas**
Lubell Rosen
900 S Andrews Ave , Ste. 900
Fort Lauderdale, FL 33301
Email: nataliepappas@gmail.com

**Kety Garcia**
16650 NW 124th Ave
Miami, FL 33018

**Denice Garcia**
16650 NW 124th Ave
Miami, FL 33018

**Denia Garcia**
16650 NW 124th Ave
Miami, FL 33018

**Luis Martinez**
14601 NW 185th Street, #9
Miami, FL 33018