UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22995-CIV-WILLIAMS/SIMONTON

FRANCISCO JAVIER HERNANDEZ
MESA,

    Plaintiff,

v.

LUIS GARCIA LAND SERVICE,
CO., and LUIS E. GARCIA,

    Defendants.

_____/

## ORDER FOLLOWING DISCOVERY HEARINGS AND ORDER SETTING SHOW CAUSE HEARING

This matter was before the Court for a discovery hearing on May 3, 2016, pursuant to the Plaintiff's Notice of Hearing, ECF No. [44], and a continued discovery hearing on May 6, 2016, ECF No. [50]. The Honorable Kathleen M. Williams, the United States District Judge assigned to this case, has referred discovery matters to the undersigned Magistrate Judge, ECF No. [14].

    I.    **DISCOVERY DISPUTE**

        A.    **Plaintiff's Notice of Hearing**

According to the Notice of Hearing, the Plaintiff served deposition subpoenas on six (6) individuals purportedly with knowledge and information relevant to this matter, however none of the witnesses appeared at the time set for the depositions. The Plaintiff thus sought to compel the Defendant to provide accurate contact information as to those witnesses and for the Court to require those witnesses to appear at their depositions. In support of this request, the Plaintiff submitted subpoenas that Plaintiff contended were served on or about April 14, 2016, on Denia Garcia, Keti aka Kety Garcia, Raphael aka

Rafael Diaz, Jenielle aka Yeiner Garcia, Denise Garcia, and Luis Martinez.  Five of the six subpoenas submitted reflected that they were served at "16825 N.W. 124th Ave., Hialeah, Fl 33018."  Four subpoenas served at that address, for Denia Garcia, Rafael Diaz, Janielle aka Yeiner Garcia and Denise Garcia, were served via substituted service on Kety Diaz who, according to the return of service, resides at the "usual place of abode" for those individuals.  In addition, Keti aka Kety Diaz was served individually by personal service at that same address.  Four of the people served, Denise Garcia, Keti aka Kety Diaz, Rafael Diaz and Janielle aka Yeiner Garcia, wrote letters wherein they contended that they were unable to attend their depositions. All of the letters submitted to the Court, except for the one from Denise Garcia, were in Spanish, but did not include an English translation.  The sixth witness, Luis Martinez, however, was served by personal service at "14601 N.W. 185th St., Miami, Fl 33018."  The Plaintiff, through the Notice of Hearing, set this matter for a discovery hearing before the undersigned.

    B. <u>May 4, 2016 Discovery Hearing</u>

  At the discovery hearing held on May 4, 2016, the Parties were unable to provide the Court with sufficient information regarding the identity of the witnesses and their residences in order for the Court to determine whether the Plaintiff had properly served the witnesses with a deposition subpoena.  The Court noted that because the witnesses at issue were not Parties to this action, the Court could not order those witnesses to appear at their depositions or for a hearing absent proper service.  Accordingly, the Court directed Counsel for the Defendant to provide accurate contact information for the witnesses, who were primarily the relatives of the individual Defendant, to Plaintiff's Counsel, before 5:00 p.m. on May 4, 2016.  The Court set the matter for a continued discovery hearing for May 6, 2016, ECF No. [48].

### C. May 6, 2016 Discovery Hearing

At the May 6, 2016 continued discovery hearing, Counsel for the Plaintiff indicated that after the May 4, 2016 discovery hearing, Counsel for the Defendant provided the contact information for the witnesses. In addition, the Parties advised that the address at which the witnesses were served was the business address for the witnesses, and was also the residential address for several of the witnesses. Defense Counsel explained, however, that Raphael Diaz only worked at that address, and Janielle aka Yeiner Garcia did not reside at that address, and thus contended that those two witnesses had not been properly served by the Plaintiff. The Parties confirmed that the sixth witness, Luis Martinez, had been properly served at a different residential address.

Accordingly, the undersigned concluded that Keti aka Kety Garcia, Denia Garcia, Denise Garcia and Luis Martinez were all properly served by the Plaintiff before the expiration of the April 24, 2016 discovery period, and that the Plaintiff was therefore entitled to take their depositions. To that end, the Court granted the Plaintiff leave to take the depositions of Keti aka Kety Garcia, Denia Garcia, Denise Garcia and Luis Martinez, on or before June 1, 2016. In addition, the Court ordered that the failure of those witnesses to appear at their depositions in compliance with this Order could constitute contempt. Thus, the Court set this matter for a contempt/show cause hearing for June 3, 2016, and directed the Plaintiff to serve a Notice of Hearing on those witnesses regarding that hearing. The Court further directed the Plaintiff to advise those witnesses in the Notice of Hearing that the contempt/show cause hearing will be cancelled as to any individual witness that appears for a deposition on or before June 1, 2016.

**However, because at the discovery hearing the Plaintiff failed to establish that proper service had been made on Raphael Diaz and Jenielle Garcia and failed to provide any reason for failing to obtain such service prior to the close of discovery, the Court deemed the Plaintiff's request to depose those witnesses as untimely. Accordingly, Raphael Diaz and Jenielle Garcia need not appear for deposition.**

**II.      CONCLUSION**

**Accordingly, as orally ruled at the May 6, 2016, hearing, it is**

**ORDERED AND ADJUDGED that on or before June 1, 2016, Keti aka Kety Garcia, Denia Garcia, Denise Garcia and Luis Martinez shall appear at their respective depositions on a date selected by the Plaintiff. The failure of any witness to appear at a deposition scheduled by the Plaintiff pursuant to this Order will require that witness to appear before this Court to show cause why that witness did not appear at the deposition. It is further**

**ORDERED AND ADJUDGED that this matter is set for a show cause hearing at 10:00 a.m. on Friday, June 3, 2016, as to Keti aka Kety Garcia, Denia Garcia, Denise Garcia and Luis Martinez. The hearing will be held before the undersigned in Courtroom 6 on the 10th Floor of the James Lawrence King Federal Building, 99 N.E. 4th Street, Miami, FL, 33132.   It is further**

**ORDERED AND ADJUDGED that if Keti aka Kety Garcia, Denia Garcia, Denise Garcia or Luis Martinez are not deposed by the Plaintiff on or before June 1, 2016, their failure to appear at the show cause hearing pursuant to this Order, may result**

in a finding of contempt and the imposition of a fine or sanctions, including the issuance of an arrest warrant.

DONE AND ORDERED at Miami, Florida, this 24th day of May, 2016.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished via CM/ECF to:**
The Honorable Kathleen M. Williams,
    United States District Judge
All counsel of record


**Copies furnished via U.S. Mail to:**

Keti a/k/a Kety Garcia
16825 NW 124th Ave.
Hialeah, FL 33018

Denise Garcia
16825 NW 124th Ave.
Hialeah, FL 33018

Denia Garcia
16825 NW 124th Ave.
Hialeah, FL 33018


Luis Martinez
14601 NW 185th St., #9
Miami, Fl 33018