AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FRANCISCO HERNANDEZ MESA

V.

LUIS GARCIA LAND SERVICE, CO., ET AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 15-22995-CIV-WILLIAMS

| PRESIDING JUDGE<br>Andrea M. Simonton | PLAINTIFF'S ATTORNEY<br>Allyson Morgado | DEFENDANT'S ATTORNEY<br>Natalie Mescolotto |
|---|---|---|
| TRIAL DATE (S)<br>Evidentiary Hrg. - 6/3/2016 | COURT REPORTER<br>Dawn Savino | COURTROOM DEPUTY<br>A.L. Williams ` |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/3/2016 | X | X | Original Subpoena for Deposition |
| 2 | | 6/3/2016 | X | X | Package consisting of: Notice of Taking Deposition; Subpoena for Deposition and |
| | | | | | Notice of Contempt Hearing and Order to Show Cause |
| | | | | | |
| | | | | | Witness Attorney Allyson Morgado sworn and testified |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

**United States District Court**
**Southern District of Florida**

Case Number: <u>15-22995-CIV-WILLIAMS</u>

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

<u>Documents Retained in Supplemental Case Files</u> (Scanned or Not Scanned)

<u>Civil Case Documents</u>
- \_\_\_ • Handwritten documents/pleadings (i.e., pro se)
- \_\_\_ • Poor quality scanned images
- \_\_\_ • Photographs
- \_\_\_ • CD, DVD, VHS tapes, cassette tapes
- \_\_\_ • Surety bonds
- _X_ • Exhibits from Evidentiary hearing held on 6/3/2016
- \_\_\_ • Bound extradition papers
- \_\_\_ • Jury verdict
- \_\_\_ • Jury notes (unredacted)
- \_\_\_ • Jury selection materials (seating charts, challenges, etc.)

<u>Criminal Case Documents</u>
- \_\_\_ • Handwritten documents/pleadings (i.e., pro se)
- \_\_\_ • Poor quality scanned images
- \_\_\_ • Photographs
- \_\_\_ • CD, DVD, VHS Tape, Cassette Tapes
- \_\_\_ • Bond documentation (Pg. 5 of bond – Personal Info)
- \_\_\_ • Exhibits that cannot be scanned
- \_\_\_ • Indictments
- \_\_\_ • Arrest warrants
- \_\_\_ • Jury verdict
- \_\_\_ • Jury notes (unredacted)
- \_\_\_ • Jury selection materials (seating charts, challenges, etc.)

Date: <u>6/3/2016</u>