UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-22995

FRANCISCO JAVIER HERNANDEZ MESA, and all others similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

v.

LUIS GARCIA LAND SERVICE, CO.,
LUIS E GRACIA,

    Defendants.

## ORDER ON THE PARTIES' JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES

This cause, having come before the Court on Plaintiff's above-described Motion, and the Court being duly advised in the premises, it is hereby ORDERED and ADJUDGED that:

1. The Parties' Joint Motion to Continue Pre-Trial Deadlines is GRANTED.

**DONE AND ORDERED** in Chambers this _____ day of _____, 2016.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:** All Parties