UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22995-AMS
[Consent Case]

FRANCISCO JAVIER HERNANDEZ MESA,
and all others similarly situated under 29 U.S.C. §216(b),

Plaintiffs,

v.

LUIS GARCIA LAND SERVICE, CO.,
LUIS E GARCIA,

Defendants.
_____/

**JOINT MOTION FOR CLARIFICATION OF DEADLINES AND EXTENSION OF PRE-TRIAL STIPULATION & JURY INSTRUCTION DEADLINE IF NECESSARY**

The Parties, by and through their respective Undersigned Counsel, hereby file their Motion for Clarification of Deadlines and Extension of Pre-Trial Stipulation Deadline if necessary, and the Jury Instruction Deadline, and in support of which state as follows;

1. The Parties submitted a Proposed Joint Scheduling Report on June 28, 2016, the Parties scheduling report had the pre-trial stipulations due today October 10, 2016. *See*, DE #66. The Court then held a hearing on August 17th, 2016, the minute entry for which states that a written order is to come, to date no order has been issued. Hence, it is unclear whether the October 10, 2016 deadline is in force and the Parties ask the Court's clarification as to when the joint pretrial submissions are due.

2. In the event that the Court's intention was to follow the Parties' Proposed Joint Scheduling Report, which had October 10, 2016 as the date the pre-trial stipulations were due, the days the associated firms missed due to the threat from Hurricane Matthew, combined with the Jewish

1

Holidays, has caused adelay and the parties will need additional time to complete the Joint Pre-Trial Stipulations, especially with Yom Kippur on Wednesday October 12, 2016. The Parties, therefore, move that both the Joint Pretrial Stipulations and the Proposed Jury Instructions would be due on October, 24, 2016, to allow them to complete the drafting and combining all necessary documents.

3. Asa written order did not follow the Status Conference hearing, the Parties request clarification of all pre-trial deadlines.

4. DE 68 set the deadline for the pre-trial conference for 1/10/2017, meaning that there will be no delay in the proceedings caused by granting the parties more time to complete the pre-trial stipulations, and jury instructions. Both parties agree that the dates should be extended, and need clarification from the Court as to when pre-trial deadlines are to be set, based on the new trial date. The new trial date is after the dates for trial, and the pre-trial conference, in the Joint Scheduling Report. Hence, neither party will suffer prejudice but both jointly move for the same relief.

4. Undersigned Counsel will be out of town next week, and JH Zidell PA will be closed for two-days for religious observance, further justifying new pre-trial deadlines.

5. This Motion is made in good faith, in an attempt to comply with the Court's pretrial instructions and is not made for the purpose of delay.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(a) provides that, when an act may or must be done within a specific period of time, the Court for cause shown may extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

As described above, the Parties have shown a diligent attempt comply with the current deadline to file all pretrial documents by deadlines they are unsure of, but need additional time to finalize the joint submissions, and clarification as to when they are due.

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(3)**

The undersigned counsel hereby certifies that, prior to filing this Motion he has conferred with Defendants' counsel, Adi Amit, regarding the relief requested herein, and that Mr. Amit has joined the motion.

Respectfully submitted, jointly, on this 10th day of October, 2016.

| | |
|---|---|
| J.H. Zidell, P.A. | Lubell Rosen |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 300 71st Street, Suite 605 | 900 S Andrews Ave, Ste. 900 |
| Miami Beach, Florida 33141 | Fort Lauderdale, FL 33301 |
| Tel: (305) 865-6766 | 954-880-9500 |
| Fax: (305) 865-7167 | Fax: 954-755-2993 |
| | |
| By: /s/ Joshua H. Sheskin, Esq. | By: */s/ Adi Amit* |
| Joshua H. Sheskin | Adi Amit |
| Florida Bar No.: 93028 | Florida Bar No.: 35257 |
| Email: Jsheskin.jhzidellpa@gmail.com | Email: adi@lubellrosen.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 10, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joshua H. Sheskin, Esq.*
Joshua H. Sheskin, Esq.

**SERVICE LIST**

3

*Mesa v. Luis Garcia Land Service, Co., et al.*

S.D. Fla. Case No. 1:15-cv-22995-AMS

| | |
|---|---|
| Allyson Morgado, Esq. | Adi Amit, Esquire |
| K. David Kelly, Esq. | |
| Joshua H. Sheskin, Esq. | |
| | |
| J.H. Zidell, P.A. | LUBELL & ROSEN, LLC |
| 300 71st Street | 200 S. Andrews Ave. Suite 900 |
| Suite 605 | Fort Lauderdale, Florida 33301 |
| Miami Beach, FL 33141 | adi@lubellrosen.com |
| amorgado.jhzidell@gmail.com | npm@lubellrosen.com |
| david.kelly38@rocketmail.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |