UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22995-KMW

FRANCISCO JAVIER HERNANDEZ MESA,
and all others similarly situated under 29 U.S.C. §216(b),

Plaintiffs,

v.

LUIS GARCIA LAND SERVICE, CO.,
LUIS E GARCIA,

Defendants.
_____/

## STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, by and through Undersigned Counsel, and pursuant to Fed.R.Civ.Pro. 56, and SDLR 7.5, file their Statement of Material Facts in support of Plaintiff's Motion for Partial Summary Judgment as follows:

All citations are to the deposition of Individual Defendant Luis E Garcia, whose deposition is attached.

1. Individual Defendant Luis E Garcia is the only owner of Luis Garcia Land Services, the Corporate Defendant. P. 21 Ln. 23-25

2. Individual Defendant Luis E Garcia was the person who oversaw the day-to-day operations of the business since at least 2010. P. 22 Ln. 8-11

3. Individual Defendant Luis E Garcia made hiring and firing decisions for Corporate Defendant Luis Garcia Land Services. P. 22 Ln. 12-14

4. Individual Defendant Luis E Garcia exercised ultimate control over the company's finances. P. 22 Ln. 15-24

5. Individual Defendant Luis E Garcia controlled the rate of Plaintiff's compensation and that of all employees. P. 22-23 Ln. 25-2

6. Individual Defendant Luis E Garcia controlled the length of Plaintiff's work day during the relevant period. P. 23 Ln. 3-5

7. Individual Defendant Luis E Garcia exercised primary management authority over Plaintiff, despite having another manager on staff, Rafael Diaz. P. 7 Ln. 8-18

        Respectfully Submitted,

        J.H. Zidell, P.A.
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        *Attorneys for Plaintiff*

        By: /s/ Joshua H. Sheskin
        Joshua H. Sheskin, Esq.
        Jsheskin.jhzidellpa@gmail.com
        Florida Bar Number: 93028

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ *Joshua H. Sheskin*

Joshua H. Sheskin

## SERVICE LIST

*Mesa v. Luis Garcia Land Service, Co., et al.*

S.D. Fla. Case No. 1:15-cv-22995-KMW

Joshua H. Sheskin, Esq.
Jamie H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
jsheskin.jhzidellpa@gmail.com
zabogado@aol.com
*Counsel for Plaintiff*

Adi Amit, Esquire
Natalie P. Mescolotto, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Ave. Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
npm@lubellrosen.com
*Counsel for Defendants*