UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-22995-KMW

FRANCISCO JAVIER HERNANDEZ MESA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
LUIS GARCIA LAND SERVICE, CO., )
LUIS E GARCIA, )
)
        Defendants. )
_____ )

## JOINT MOTION FOR EXTENSION OF JURY INSTRUCTION S AND PRE-TRIAL STIPULATION DEADLINES

Plaintiff and Defendants, jointly through their respective undersigned counsel, move for a one-week extension of the deadlines, November 21, 2016, for the joint pre-trial stipulations and jury instructions, and in support of which state as follows;

1. The Parties have asked for a previous extension of pre-trial deadlines with good cause, and the deadlines for the pre-trial stipulation and jury instructions were changed to Monday November 14, 2016.

2. The parties have made all good faith efforts to meet these deadlines. However, due to Mr. Amit's travel, then subsequent illness, and attorney shortages at JH Zidell PA, the parties are unable to meet the November 14, 2016 deadline despite diligently working toward same.

3. A delay in the submission of jury instructions and pre-trial stipulations will not cause a delay in the trial date, nor will any party be biased, as both parties are filing this motion jointly.

4. This motion is not made to cause undue delay or for an improper purpose.

## MEMORANDUM OF LAW

Although the Court takes into consideration whether the request will impact the trial calendar and the reasons, the Court has discretion to extend deadlines. *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). Scheduling orders "control the subsequent course of the action unless modified by a subsequent order," Fed.R.Civ.P. 16(e), and may be modified only "upon a showing of good cause." Fed.R.Civ.P. 16(b). This good cause standard precludes modification unless the schedule cannot "be met despite the diligence of the party seeking the extension."" *Id* (*referring to* Fed.R.Civ.P. 16 advisory committee's note and *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir.1992).

In the instant case the good cause is Mr. Amit's illness, and JH Zidell PA's shortage of attorneys. This good cause has rendered the parties to be unable to comply with the deadlines despite due diligence.

**WHEREFORE:** Plaintiff and Defendants, jointly through their respective undersigned counsel, move for a one-week extension of the deadlines, November 21, 2016, for the joint pre-trial stipulations and jury instructions.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ *Joshua H. Sheskin*

2

> Joshua H. Sheskin, Esq.
> Jsheskin.jhzidellpa@gmail.com
> Florida Bar Number: 93028
>
> By: */s/ Adi Amit*
>
> Adi Amit, Esq.
> Lubell & Rosen, LLC
> 200 S. Andrews Avenue, Suite 900
> Fort Lauderdale, FL 33301
> Email: adi@lubellrosen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on November 11, 2016.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Joshua Sheskin
> Joshua H. Sheskin, Esq.
> Jsheskin.jhzidellpa@gmail.com
> Florida Bar Number: 93028