UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22995-AMS

[Consent Case]

FRANCISCO JAVIER HERNANDEZ MESA, and all others similarly situated under 29 U.S.C. §216(b),

    Plaintiffs,

v.

LUIS GARCIA LAND SERVICE, CO., LUIS E GARCIA,

    Defendants.
_____/

## MOTION FOR ORDER PERMITTING LUIS GARCIA (DEFENDANT), NICOLAS TYSCHENKO (INTERPRETER), AND MILENA AMIT (PARALEGAL) TO BRING CELLULAR PHONES INTO THE COURTHOUSE

Defendants, LUIS GARCIA and LUIS GARCIA LAND SERVICE, CO., by and through undersigned counsel, respectfully move this Court for an order permitting the Defendant Luis Garcia, the Defendants' translator Nicolas Tyschenko, and the Defendants' paralegal Milena Amit to bring their cellular phones into the Courthouse during the trial of this matter and state as follows:

1. Trial is scheduled to begin on January 16, 2018.

2. The parties anticipate that the trial will last three to four days.

3. The above-referenced individuals would like to have access to their cellular phones during breaks and recesses in the trial.

4. These individuals understand that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse.

WHEREFORE, the Defendants respectfully request that this Court enter an order permitting Luis Garcia, Nicolas Tyschenko, and Milena Amit to bring their cellular phones into the courthouse during their trial scheduled to begin on January 16, 2018.

Respectfully Submitted this 10th day of January, 2018.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Fort Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:   prs@lubellrosen.com
>
> By: */s/ Patrick Sullivan*
>       Patrick Sullivan, Esquire
>       Florida Bar No. 114135

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 10, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            /s/ *Patrick Sullivan*
                                            Patrick Sullivan

## SERVICE LIST

*Mesa v. Luis Garcia Land Service, Co., et al.*
S.D. Fla. Case No. 1:15-cv-22995-AMS

| | |
|---|---|
| Rivkah Jaff, Esq. | Adi Amit, Esquire |
| Jamie H. Zidell, Esq. | Patrick R. Sullivan, Esq. |
| J.H. Zidell, P.A. | LUBELL & ROSEN, LLC |
| 300 71st Street | 200 S. Andrews Avenue |
| Suite 605 | Suite 900 |
| Miami Beach, FL 33141 | Fort Lauderdale, Florida 33301 |
| rivkah.jaff@gmail.com | adi@lubellrosen.com |
| ZABOGADO@AOL.COM | prs@lubellrosen.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |