UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22995-SIMONTON

**FRANCISCO JAVIER HERNANDEZ MESA,**

Plaintiff,

v.

**LUIS GARCIA LAND SERVICE, CO.,
LUIS E GARCIA,**

Defendants.
_____/

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ORDER PERMITTING LUIS GARCIA (DEFENDANT), NICOLAS TYSCHENKO (INTERPRETER), AND MILENA AMIT (PARALEGAL) TO BRING CELLULAR PHONES INTO THE COURTHOUSE

THIS CAUSE having come before the Court upon Defendants' Motion, ECF No. [142], and the Court having considered the motion, it is hereby

ORDERED and ADJUDGED that:

Defendants' Motion for an Order permitting LUIS GARCIA, NICOLAS TYSCHENKO, and MILENA AMIT to bring their cellular phones into the Courthouse is hereby GRANTED, and they may bring cellular phones into the courthouse for the duration of the trial in this case, which commences on January 16, 2018.

DONE AND ORDERED in chambers in Miami, Florida on January 10, 2018.

_____
HONORABLE ANDREA M. SIMONTON
CHIEF UNITED STATES MAGISTRATE JUDGE

**Copies furnished to Counsel of record**