UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22995-CIV-SIMONTON

[CONSENT CASE]

FRANCISCO JAVIER HERNANDEZ MESA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiff, )
　　vs. )
　　　　　　　　　　　　　　　　　　　 )
LUIS GARCIA LAND SERVICE, CO., )
LUIS E GARCIA, )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　Defendants. )
_____ )

## PLAINTIFF'S NOTICE REGARDING [DE143]

**COMES NOW**, the Plaintiff, by and through undersigned counsel, and Notices the Court regarding Defendants' Motion [DE142] and the Court's Order on same [DE143] that Defendant sent one conferral email to Plaintiff's counsel prior to filing their Motion [DE142] and filed same prior to Plaintiff responding with their position; Defendants misrepresented that the Motion was "unopposed" in [DE142-1].

So that the record is clear, Plaintiff opposes the Defendant having his cell phone but does not oppose Defendants' translator and/or Defense counsel's assistant/wife Milena Amit having their cell phones for the duration of the Trial. Plaintiff also would have advised Defendants, had they conferred in good faith, that Plaintiff's position is that Plaintiff respectfully requests Plaintiff be permitted to bring in his cell phone should the Court grant Defendants' Motion over Plaintiff's opposition.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 1/10/18 TO:**

**ADI AMIT, ESQ.**
**LUBELL & ROSEN, LLC**
**200 S. ANDREWS AVENUE, SUITE 900**
**FORT LAUDERDALE, FL 33301**
**PH: 954-755-3425**
**FAX: 954-755-2993**
**EMAIL: ADI@LUBELLROSEN.COM**

**BY:    /s/    Rivkah Jaff**
**RIVKAH JAFF, ESQ.**